# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE HELEN STOY,<br><br>Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>Defendant. | CASE NO.: 1:24-cv-00131-GSA<br><br>**ORDER GRANTING PLAINTIFF'S BRIEFING EXTENSION**<br><br><br>(Doc. 13) |

The unopposed motion is **granted** and the MSJ is due on June 24, 2024.

IT IS SO ORDERED.

Dated:   **April 29, 2024**            /s/ Gary S. Austin
                                                    UNITED STATES MAGISTRATE JUDGE